## Watts verſ. Haſey.

WATTS
*v.*
HASEY.

Rec. 1765.
Fol. 244.

In an appealed Action upon a Mortgage, Judgment for the Mortgagee is conditional, reſerving two Months, according to Prov. St. 10 W. 3, although the Caſe was defaulted in the Inferiour Court, and two Months have elapſed ſince the Judgment appealed from.

WATTS ſued Haſey upon a Mortgage, and Haſey was defaulted at the lower Court, but appealed. Judgment was entered up in the Inferiour Court, agreeable to the Province Law, 10 Wm. 3, (1) reſerving two Months.

*Mr. Kent* now brought a Complaint, praying that, as the two Months had already been allowed, Execution might iſſue in twenty-four Hours after Judgment. He urged, that in the Province Law the Words were, " in all Caſes *brought for Tryal* in the Superiour Court," &c. Now, he ſaid, this Action was not brought for Tryal; for it was defaulted in the Court below, and therefore could not be try'd now. Beſides, if Execution did not iſſue
till

(1) Anc. Chart. 324.

1765.
⁓
WATTS
v.
HASEY.

till the Expiration of two Months, the Stamp-Act would take Place, and then Execution could not be had at all. Moreover, as the Equity of the Law had been fatisfy'd, he prayed that Cuftom might not bar him, which had prevailed, becaufe never before afked to be altered, and never before a like Reafon for granting fuch a Requeft.

The *Juftices*, *Oliver*, *Ruffell*, *Cufhing* & *Lynde* faid, the Ufage had been uninterrupted, and the Conftruction of the Law thereby eftablifhed; therefore they would make no Innovation.

*Ch. Juftice.* All Cafes brought to this Court are certainly brought for Tryal, let them come up how they will. *Nolumus mutare Leges Angliæ.*